# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**HOWARD CHRISTIAN SULLIVAN,**

    **Plaintiff,**

**vs.**                                     **Case No. 4:17cv489-WS/CAS**

**JULIE L. JONES, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a state prisoner proceeding pro se and with in forma pauperis status, was directed to file an amended complaint. ECF No. 11. The Order was entered on May 25, 2018, and advised Plaintiff of the deficiencies within his initial complaint, ECF No. 1. Plaintiff was directed to file an amended complaint on or before June 26, 2018, and he was specifically advised that if he did not comply, a recommendation would be made to dismiss his case. *Id.* As of this date, nothing further has been received from Plaintiff. It appears that Plaintiff has abandoned this litigation.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte" when a Plaintiff "fails to prosecute or" otherwise comply with a court order.  See Ciosek v. Ashley, No. 3:13cv147-RV/CJK, 2015 WL 2137521, at *2 (N.D. Fla. May 7, 2015); Link v. Wabash R.R. Co., 370 U.S. 626, 630, 82 S.Ct. 1386, 1389, 8 L.Ed.2d 734 (1962); see also N.D. Fla. Loc. R. 41.1.  Having been warned of the consequences of failing to comply with a Court Order, this case should now be dismissed without prejudice.

**Recommendation**

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on September 26, 2018.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**